8

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BASILISSA RIVERA,

        Plaintiff,

v.

NANCY A. BERRYHILL,

        Defendant.

CIVIL ACTION
NO. 17-2274



### ORDER

**AND NOW**, this 17th day of January 2018, upon consideration of the Plaintiff's Request for Review (Doc. No. 10), Defendant's Response (Doc. No. 23), the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (Doc. No. 16), and that the Report and Recommendation has not been objected to by the parties, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 16) is **APPROVED** and **ADOPTED**.
2. The Plaintiff's Request for Review (Doc. No. 10) is **GRANTED IN PART** and **DENIED IN PART**.
3. The matter shall be remanded for a detailed discussion of the evidence regarding Rivera's mental health.

                              BY THE COURT:

                              *Joel Slomsky*
                              JOEL H. SLOMSKY, J.